### Commonwealth v. Thompson, Appellant.

Submitted November 15, 1972. *Charles K. Moffatt* and *Carney, Good, Brabender, Palmisano & Walsh,* for appellant; *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth v. Tidmore, Appellant.

Argued December 12, 1972. *George E. Goldstein,* with him *Goldstein and Rosenblum,* for appellant; *Jeffrey Brodkin,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.